IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

ANDREW SHANNON,

                Plaintiff,

v.                           Civil Action Number 3:06CV413

COMMONWEALTH OF VIRGINIA
DEPARTMENT OF JUVENILE JUSTICE,

                Defendant.

## FINAL ORDER

THIS MATTER comes before the Court on Defendant, Commonwealth of Virginia Department of Juvenile Justice's Motion for Summary Judgment. For the reasons stated in the accompanying Memorandum Opinion, Defendant's Motion is hereby GRANTED.

Let the Clerk send a copy of this Final Order to all parties of record.

It is SO ORDERED.

                                                       /s/
                                        James R. Spencer
                                        CHIEF UNITED STATES DISTRICT JUDGE

Entered this 4th day of April 2007